JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GEISER ANILDO MORATAYA LEMUS,

Petitioner,

v.

WARDEN, DESERT VIEW FACILITY et al.,

Respondent.

Case No. 5:26-cv-04433-MAR

JUDGMENT

Pursuant to the Order Granting Petition for Habeas Corpus and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release **Geiser Anildo Morataya Lemus (A# 070-096-596)** from custody subject only to the conditions of his prior Order of Supervision and return all property taken from Petitioner during his arrest and processing into detention.

Respondents are **ORDERED** not to re-detain Petitioner without first following all procedures set forth in 8 C.F.R. §§ 241.4, 241.13, and any other applicable statutory and regulatory procedures, and the Due Process Clause of the Fifth Amendment.

///

Dated: November 19, 2026

HON. MARGO A. ROCCONI
United States Magistrate Judge